**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CALVIN WIGGINS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 1352 |
| | ) | |
| **LAKE COUNTY SHERIFF'S DEPT.**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This Court 's March 2 memorandum opinion and order concluded with a paragraph that explained the need for additional information from prison authorities about the transactions in the trust fund account of pro se prisoner plaintiff Calvin Wiggins ("Wiggins") to enable this Court to make the calculations called for by 28 U.S.C. § 1915 ("Section 1915"). This District Court's staff attorney to whom this Wiggins action was assigned for preliminary handling has obtained that information, and it has revealed that the deposits to that account during the relevant time period ending with the February 17, 2017 "mailbox rule" date of "filing" Wiggins' Complaint (a period of just under six months) amount to an average monthly deposit (see Section 1915(b)(1)(A)) of $103.97, 20% of which (id.) is $20.79. Accordingly Wiggins is assessed an initial partial filing fee of $20.79, and the Vandalia Correctional Center ("Vandalia") trust fund officer is ordered to collect that amount from Wiggins' trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department.

After such payment the trust fund officer at Vandalia (or at any other correctional facility where Wiggins may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Wiggins' name and the 17 C 1352 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Vandalia trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 6, 2017