IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN WIGGINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17 C 1352 |
| LAKE COUNTY SHERIFF'S DEPT., et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On July 21, 2017 this Court issued a memorandum order ("Order") that reserved judgment on the motion of attorney Thomas Lupo ("Lupo") to withdraw as the designated counsel for prisoner plaintiff Calvin Wiggins ("Wiggins"). That reservation of judgment made it plain that Lupo was to consider the matter in the terms called for in the Order. More than two weeks has since elapsed, with nothing having been said by Lupo in response. That is more than enough time for a knowledgeable lawyer to have weighed in on the subject. Accordingly Lupo's motion is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 10, 2017